UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. 5:26-cv-02456-JLS-SP Date: August 11, 2026
Title: Jose P. Banez v. Anthony T. Skiadas et al

Present: **Honorable JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

| | |
|---|---|
| Kelly Davis | N/A |
| Deputy Clerk | Court Reporter |

| | |
|---|---|
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendant: |
| Not Present | Not Present |

**PROCEEDINGS: (IN CHAMBERS) ORDER STRIKING JOINT 26(f) REPORT (Docs. 36, 37) AND ORDERING PLAINTIFF TO SHOW CAUSE**

On August 7, 2026, Defendants Trans Union LLC, Experian Information Solutions, Inc., and Verizon Wireless Services, LLC unilaterally filed a Joint 26(f) Report and attached exhibit. (Docs. 36, 37.) Defendants represent that Plaintiff did not participate in the Rule 26(f) conference or provide input, and has been unavailable via telephone. (*Id.* at 1 n. 1.) As stated in the Court's Order Setting Scheduling Conference, the 26(f) Report "shall be drafted by plaintiff (unless the parties agree otherwise), but shall be submitted and signed jointly." (Doc. 19 at 2.) Therefore, the 26(f) Report filed by Defendants is STRICKEN for failure to comply with the Court's Order.

Furthermore, Plaintiff is ORDERED to show cause, in writing, as to why he has failed to comply with this Court's Orders and the Local Rules. Plaintiff shall respond no later than **ten (10) days** from the date of this Order. Failure to respond will result in the immediate dismissal of this action.

Initials of Deputy Clerk: kd