UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. 5:26-cv-02456-JLS-SP Date: August 11, 2026
Title: Jose P. Banez v. Anthony T. Skiadas et al

Present: **HONORABLE JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

| | |
|---|---|
| Kelly Davis | N/A |
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
| Not Present | Not Present |

**Proceedings:** **(IN CHAMBERS) ORDER STRIKING DOCKET ENTRIES 39 AND 40); AND ORDER TO SHOW CAUSE**

To correct clerical error, the Court HEREBY STRIKES its Order Striking Joint 26(f) Report (Doc. 39) and its Order to Show Cause (Doc. 38). In their place, the Court ORDERS as follows:

On May 29, 2026, the Court set a scheduling conference for August 21, 2026, and ordered counsel to "file a Joint 26(f) Report . . . no later than 14 days before the date set for the scheduling conference." (Order Setting Scheduling Conference, Doc. 19 ¶ 1.) Defendants have filed a unilateral report that describes Plaintiff's failure to obey the Court's Order by failing to participate in the preparation of a joint report.

On its own motion, therefore, the Court hereby ORDERS Plaintiff to show cause why the Court should not dismiss this action, and/or issue monetary sanctions for his failure to cooperate in the preparation of the required Joint Rule 26(f) Report.

Within ten days of the entry of this Order, Plaintiff is ORDERED to confer with counsel for Defendants and to participate in the preparation of an Amended Joint Rule 26(f) Report, which shall be filed no later than fourteen days from the entry of this Order.

Also within fourteen days of the entry of this Order, Plaintiff is ORDERED to file a separate written response to this OSC explaining why he failed to comply with the Court's Order Setting Scheduling Conference. Plaintiff's failure to respond will result in the immediate dismissal of this action.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. 5:26-cv-02456-JLS-SP Date: August 11, 2026
Title: Jose P. Banez v. Anthony T. Skiadas et al

The Court VACATES the Scheduling Conference. The Court will issue a scheduling order based upon the parties' Amended Joint Rule 26(f) Report.

**IT IS SO ORDERED.**

Initials of Deputy Clerk: kd